IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERY YATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  04-2836 Ma/An |
| | ) | |
| CITY OF MEMPHIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint filed on April 5, 2005. For the reasons set forth below, the Motion is **GRANTED**.

A pleading may be amended "only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "In deciding whether to allow an amendment, the court should consider the delay in filing, the lack of notice to the opposing party, bad faith by the moving party, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party, and futility of amendment." *Perkins v. Am. Elec. Power Fuel Supply, Inc.*, 246 F.3d 593, 605 (6th Cir. 2001). The Court can see no reason why the amendment should not be allowed.

Moreover, Defendants failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, for good cause shown and because Defendants did not respond to the Motion, the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



Motion is **GRANTED**. Plaintiff shall file his amended Complaint within 15 days of entry of this Order.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 06, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02836 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Jeffery Yates
220939
1440 Union Springs Road
P.O. Box 679
Whiteville, TN 38075

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT