IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 DEC 30 AM 7:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JEFFERY YATES, | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 04-2836-Ma |
| CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

**ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS**

This matter is scheduled for a Pretrial Conference on Friday, January 20, 2006 at 10:30 a.m., and for a Jury Trial beginning Monday, January 30, 2006 at 9:30 a.m. The plaintiff, Jeffery Yates, (Number 220939), is confined as a prisoner at Whiteville Correctional Facility, Whiteville, Tennessee. It is necessary to have Jeffery Yates appear in this court for both the Pretrial Conference and the Jury Trial.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Whiteville Correctional Facility, Whiteville, Tennessee, to have said Jeffery Yates before this court.

_/s/_
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December __29__, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-30-05__

71



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CV-02836 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jeffery Yates
220939
1440 Union Springs Road
P.O. Box 679
Whiteville, TN 38075

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT